# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Lynn

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See attachment
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10297-PBS  ☑ Yes  ☐ No

**Defendant Name** Marcus Mondesir   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Play

**Address:** Lynn, MA

**Birth date (Yr only):** 1992   **SSN (last 4#):** 9027   **Sex:** M   **Race:** Black   **Nationality:** _____

**Defense Counsel if known:** Dan Gaudet   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Philip A. Mallard   **Bar Number if applicable:** 679138

**Interpreter:** ☐ Yes ☑ No   **List language and/or dialect:** _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/20/2024   **Signature of AUSA:** *Philip A. Mallard*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Marcus Mondesir, a/k/a "Play"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846, 841(b)(1)(A)(viii) | Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribute and Possess with Intent to Distribute, 500 Grams or More of Methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribute and Possess with Intent to Distribute, 500 Grams or More of Methamphetamine | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

23-MJ-1417-DLC
23-MJ-1422-DLC
23-MJ-1423-DLC
23-MJ-1429-DLC
23-MJ-1430-DLC
23-MJ-1439-DLC
23-MJ-1445-DLC
23-MJ-1471-DLC
23-MJ-1472-DLC
23-MJ-1473-DLC
23-MJ-1474-DLC
23-MJ-1475-DLC
23-MJ-1476-DLC
23-MJ-1477-DLC
23-MJ-1478-DLC
23-MJ-1479-DLC
23-MJ-1480-DLC
23-MJ-8390-PGL
23-MJ-8391-PGL
24-MJ-1255-DLC
24-MJ-1256-DLC