UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 24-cr-10249-PBS |
| MARCUS MONDESIR | ) ) ) | |

## JOINT STATUS REPORT

On October 31, 2024, the defendant, Marcus Mondesir, pled guilty to an information charging him with conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl, 500 grams and more of methamphetamine, and other controlled substances (count I) and distribution and possession with intent to distribute 500 grams and more of methamphetamine (counts II and III). The Court did not schedule a sentencing date at the time of Mr. Mondesir's plea and instead ordered the parties to submit a status report by today. The parties report that this case is now ready to proceed to sentencing. The parties request that the Court schedule a sentencing hearing in October 2025. Any day the week of October 13, 2025 or a day from October 20-22 are preferable for scheduling of a hearing.

                                                                   Respectfully submitted,
                                                                   LEAH FOLEY
                                                                   United States Attorney

                             By:     */s/ Philip A. Mallard*
                                              Philip A. Mallard
                                              Assistant U.S. Attorney
                                              617-748-3674

                                              MARCUS MONDESIR
                                              Defendant

                             By:     */s/ Daniel J. Gaudet*
                                              Daniel J. Gaudet
                                              Counsel for Defendant
                                              617-933-0350

June 6, 2025

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet